IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

    Plaintiff,                       No. CIV S-08-0310 WBS GGH P

    vs.

MICHAEL CHERTOFF, Secretary of
the Dept. Of Homeland Security, et al.,

    Defendants.              <u>ORDER</u>

         Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 8, 2008. Plaintiff also seeks an order for the court to direct Kern County Jail officials to permit plaintiff four hours twice a week in the law library rather than the two hours twice a week which he currently is permitted. The court will grant plaintiff the extension of time he seeks. Plaintiff does not provide any adequate basis, particularly in light of the time extension herein granted, for additional law library access to be ordered.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Plaintiff's May 15, 2008 motion for an extension of time (Docket #10) is granted;

         2. Plaintiff is granted until July 7, 2008, to file an amended complaint;

1         3.  There will be no further extension of time; and

2         4.  Plaintiff's May 15, 2008 (# 10) request for a court order for additional law

3 library access is denied.

4 DATED: 05/27/08

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
kabi0310.36