1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TALAT MOHAMED KABIL,

11              Plaintiff,                 No. CIV S-08-0310 WBS GGH P

12        vs.

13    MICHAEL CHERTOFF, et al.,

14              Defendants.                ORDER

15    _____/

16              Plaintiff has requested the appointment of counsel.  The United States Supreme

17    Court has ruled that district courts lack authority to require counsel to represent indigent

18    prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

19    certain exceptional circumstances, the court may request the voluntary assistance of counsel

20    pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

21    Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22    does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23    counsel will therefore be denied.

24    /////

25    /////

26    /////

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's May 5, 2008 request for

2    the appointment of counsel (Docket #8) is denied.

3    DATED: 06/06/08

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:ja
kabi0310.31(2)