1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TALAT MOHAMED KABIL,

11          Plaintiff,                No. CIV S-08-0310 WBS GGH P

12      vs.

13
     MICHAEL CHERTOFF, Secretary of
14   the Dept. Of Homeland Security, et al.,

15          Defendants.             <u>FINDINGS & RECOMMENDATIONS</u>

16   _____/

17          By order filed May 8, 2008, the court granted plaintiff thirty days to file an

18   amended complaint.  In the May 8th order, the court informed plaintiff of the deficiencies in his

19   complaint.  On May 27, 2008, plaintiff was granted a thirty day extension of time to file his

20   amended complaint.  The thirty day period has now expired, and plaintiff has not filed an

21   amended complaint or otherwise responded to the court's order.

22          For the reasons given in the May 8, 2008, order, IT IS HEREBY

23   RECOMMENDED that this action be dismissed with prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

24   Civ. P. 41(b).

25          These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

1

twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: 08/07/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
kabi0310.fta

2