IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

     Plaintiff,                      No. CIV S-08-0310 WBS GGH P

     vs.

MICHAEL CHERTOFF, et al.,

     Defendants.               <u>ORDER</u>

_____/

        On August 11, 2008, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on February 11, 2008, and May 5, 2008. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 11, 2008, motion for appointment of counsel (Docket #14) is denied.

DATED: 09/19/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
kabi0310.31.thr