IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

        Plaintiff,                     No. CIV S-08-0310 WBS GGH P

    vs.

MICHAEL CHERTOFF, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 21, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. The findings and recommendations were re-served to plaintiff at his most current address on February 27, 2009. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 21, 2009, are adopted in full; and

2. Plaintiff's "motion for clarification and reconsideration," filed on December 18, 2008 (#21), and construed as a motion brought pursuant to Rule 60(b), is denied.

DATED:  April 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE